**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHSETTS**

04 10123 RGS

Clerk's Office
Clerk : Mr. Mocley, Esq.,
US District Court
District of Massachusetts
US Court House
One Court House Way
Phone :

Re: *State of New Hampshire v. Eugene A. Freeman*
Docket NO. 03-CR-02597

<u>MOTION OF THE DEFENDANT EUGENE FREEMAN TO REMOVE THE CASE TO THE FEDERAL DISTRICT COURT DISTRICT OF MASSACHUSETTS ON RIGHTS ARISING UNDER CONSTITUTION</u>

Now comes the Defendant Eugene A. Freeman Pro Se and states that the Defendant Eugene Freeman at all relevant time prior to his arrest and after was and still the naturalized Citizen of the United States of Slavic origin, born in former Soviet Union from Russian and German parents, speaking English with immutable stamp of heavy accent. The Defendant was raised and educated in former Soviet Union.

The Defendant moves this Honorable Court to remove this case to the Federal District Court District in Massachusetts.

As grounds therefore the Defendant alleges that the Plaintiff acted through its Agents performing essential State's function under the State's own procedure, laws and policies and those State's Officer(s) violated the equal protection under Constitution. The Plaintiff conspired with its own servant, agents and Officers to deprive the Defendant of his privileges, rights and guarantees without the probable cause was shown, or evidence against the Defendant existed, or search warrant obtained and shown to Defendant- Officers forced the Defendant to self incrimination against his Will, and then commanded and forced the Defendant to act against the Criminal Statute 159:4.

All sequential disregard of the Constitutionally established and federally protected rights, and inflicted damages, harm and incapacity to Defendants previously broken Right Hand

was resulted from the Officers' conduct. The State action under the authorization of laws that protects and encourages invasion into the Defendant's privacy and cause him Harm, and then conceal this act of conspiracy by the joint with Prosecution, protecting the State's conspiracy by the pretence of legal immunity. The Defendant alleges that the wrong Venue in State's Court with hostility and prejudice to Defendant national origin and to the claimed fundamental Rights preclude(s) to decide impartially by the State in its own Court the Constitutional deprivations inflicted by its own officers. In addition the State makes fraudulent statements in the Record, precluding the access to Justice: violation of the Service terms by wrong date in the Motion and Envelope. The act of conspiracy precludes the State to be immune for the harm to Constitutional right and bodily integrity.

All deprivations were done originally during the interstate travel, visitation and Trial.

The Defendant-Citizen of Massachusetts was forced against his will to self incrimination, *Miranda* and his privileges established by the Constitution of the United States and his own State was denied to him to be free from the pain, suffering and bodily injuries.

The Officer forced me to answer his question being suspicious about my accent. The lights was absolutely functional in all relevant times to this deprivation. Instead of delivering me to Magistrate, my rights was disregarded upon the Officer's action, the Bail was issued on the basis of the wrongs provoked by the by the State and its Servants under State's own Laws. And the Court still accuses me of the Crime that the Officer inflicted over my Person.

The Defendant alleges that the federal court has the original jurisdiction to hear and to determine this conduct. Specifically the Fear from usage of the deadly force directed to my Head.

The Federal Question Jurisdiction exists in this action because all acts and conduct of the state Officer(s) jointly, acting in the scope of their official duty and encouragement under the color of the State law violates my specific fundamental rights, and all of those rights specifically arise under the Constitution authorization to equal protection of the Law.

The entire course of deprivations presents the live, explicit and ripen controversy arising under the Constitution and its Law.

The Defendant did not waived any of his at stake personal rights, and reserves to assert any defenses to his fundamental established constitutional and federally existed before the arrest, specifically protected rights to be free from the bodily injury, guaranteed by the First, Fourth, Fifth, Thirteenth and Fourteenth Amendments, and the rights retained by Ninth and Tenth Amendments.

The Defendants explicitly objects and confronts all illegal acts and law(s) applied by the State to Defendant by its Servants and Officers immunized, and authorized by the "color" of State's laws repugnant to the Constitution, and more specifically to Continuance of the **Void and Null** criminal Claim.

This motion made timely within Thirty days after arraignment that was at December 16 of 2004.

For the forgoing reasons the Motion to remove the case must granted, and he above-mentioned action in the State Court must be dismissed for the reasons stated in the motion.

Cc: StateofNH
Cc: DepJustCivRights
Cc: Attn.Gen.US

Defendant Pro Se
Eugene A. Freeman
5 Acorn Street
Malden MA 02148
1-781-605-0615
Dated this date of January of 2004

IN THE FEDERAL COURT

DISTRICT OF MASSACHUSETTS

PETITION FOR THE REMOVAL OF CRIMINAL CASE FROM THE STATE COURT OF THE STATE OF NEW HAMPSHIRE.

Re: *State of New Hampshire v. Freeman*, Docket No: 03-CR-02597

I, Eugene Arnold Freeman, SSN# 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, Citizen of Massachusetts, 5 Acorn Street in Malden, MA 02148, with business established in Massachusetts, who was born in former Soviet Union from Russian speaking Slavic Mother, and him self still speak English with heavy foreign accent petition the Federal District Court in District of Massachusetts to transfer this case to the Defendant's place of living in Massachusetts.

### The Stated Facts

At about the December First of 2003 I was driving from Massachusetts in New Hampshire with the prescribed speed. During this travel at about Seven P.M. after I stop to finish my energy bar, I was approached by the Police Officer. He informed me the reason of this stop:" no tailgate lights". I produced my License and Registration.
I knew that nothing may be wrong with my car, which passed the Safety Sticker inspection at November 31 of 2003.
The Officer returned to me and asked where from I travel at this time. I answer that I am from Malden, MA.
And after, the Officer asked me what I would plan to do at the place where I do travel. After my answer the Officer ask if I am drunk, or/and if I do have transport in my car drugs, alcohol or weapons. I produced issued in the Massachusetts LTC.

After the Officer returned to me second time he requested to secure the Weapon that was on the seat in open small poach. The poach was full with quarters for laundry and parking, about of $15 Dollars. I removed gun and placed in the bag on my shoulder and zippered the bag.

He picks up the bag, and requested to step out from my car. A lot of car was passing by at the time the scene of my arrest but none of them stopped, and I do not now any of Witnesses.

I was arrested at the gun point at the back of my car at the same time Officer(s) informed me about the reason of my arrest: "carrying weapon with out the License in NH". My body and my car was searched with out asking, and I received no list of seized items. Immediately, because my hands were locked tied by the handcuffs behind my back I start to experience the great pain in previously broken right hand with triple fractures. And I still suffer, and still limited in my basic functions and services.

Being loaded in the Cruiser and removed for the same right hand I was almost cry from the pain. At the station I was attached to the bench by additional chain to my left Ankle, which was greatly diminish my ability to breathe.

I was waiting that any one provides me with Attorney who explain my rights. But nobody informed me about my right to remain silent. Instead I was forced to answer all questions. I was searched again. Finger prints was done. My picture was taken.

The additional pain was suffered when I was forced to pickup the Money to pay the Bail. I was loaded and re-loaded to the cruiser, the Officer warned no to run away The person who accept the Bail informed me that I may plead "None guilty, Guilty, or Nolo" The arresting Officer provided me with the business card and the name of the prosecutor whom I must "To bargain". And all of them suggested to call her. In addition the Bail

Officer provided me with address of NH official site. I paid $150 dollars in cash for this enterprise of this State to make a living. I suffered pain and humiliation with out any attempt to resist the arrest - and paid more then sum of my monthly Pension, which is only $187.76.

### The Reasons to issue the Removal.

**Presumption of Innocence was violated by Conspiracy.** As the reasons stated therefore, I present my self Pro Se, and in all relevant times before and after I do rely on my personal, fundamental, specific, real, individual, tangible Rights Constitutional rights, and do allege that there is no special circumstances exists to discredit or to convict me for the assertion of rights. Their value would be destroyed if I be penalized for reliance on Constitutional privileges. And specifically it is indefensible for Courts acting only under the Constitution to draw inferences of lack value from invocation of privilege deemed worthy of enshrinement in the Constitution.

**Wrong Venue**: I do not believe that State acting by its own Laws, in its own Court, with prejudicial prosecution may to act impartially, with out prejudice to my rights. Where, I - Citizen of the Sate of Massachusetts claim my own irreparably disregarded civil rights, deprived by the State's Law(s) of New Hampshire, and I do expect and logically anticipate the action in wrong Venue disregards my constitutionally established and federally protected rights established before the time of arrest. My presumption of Innocence was blatantly disregarded. The fact that the Plaintiff during the arrest wrongly and with personal knowledge forced me to the explicit false breach of State criminal statute strips the immunity from the Plaintiff and the right to litigate any of issues in its own Court. This right to litigate as the jurisdiction over subject matter was immaterial to state by the prosecution as the attempt to conceal the act of Tandem conspiracy that is now in furtherance. The Defendant aware of the Principe to litigate in the Federal Court in concurrence with the State laws in which the Federal Court presides.

**Equal protection of the Law was disregarded:** This is inconsistent with my privilege to be the creative Person and to create Art under the Constitutional authorized and permissible terms. The artistic merits was disregarded by New Hampshire solely by the action of its Officers. That is includes the right to protect my Person and my rights to be secure in my Person. Nothing in Constitution suggests the one Right and Privilege less important then other. I don't have the NH license to operate more dangerous device that the gun, but it allowable to operate this Device at entire road system in US. Cars are killing with the more degree of victimization if they are not operated properly. As to the contrary the Second Section of the Fourth Article defines the nature of privileges and immunities whatever they may be, to which added the personal rights guaranteed and secured by the first Eight Amendments of the Constitution. And specifically – my right to express the my national origin and Identity, my cultural roots, and my business affiliation printed on my Car with other creative People whom I belongs to.

1. And specifically: my Right to keep and to Bear Arms, particularly at the time when the Governments warns the Nation to be alerted to the acts of Terrorism. Who may to protect me during the Interstate travel on the dark Road? Can I protect my self against violent action arguing that my LTC valid only in Massachusetts?

2. And specifically: the right to be exempt from unreasonable searches and seizures and from any unreasonable searches and seizures except by the virtue **of a warrant issued upon a formal oath or affidavit**. The Officers during the arrest failed to show any single official document. The wrong arrest and caused harm contradicts to my rights found in the Constitution of United States and State of Massachusetts to be free from inflicted pain and bodily harm

3. **The statements was obtained under circumstances that did not meet Constitutional standards against self-incrimination:** And specifically the right of the Defendant to be informed of the nature of accusation against him. As to the

contrary I was accused of the crime that the Officer conspiring with the State forced me to commit. While the Officer was acting under the color of the the State Law, or the false pretense of Law the repugnant to my guaranty.

4. And specifically: my right to be tried by an impartial jury of the vicinage; which is blatantly violated by the State conspiring to conceal the conspiracy. The State using for its own purpose Officer, which deprived my of my Right; the Bail Officer who induced my reliance upon the "good" Prosecutor with intent to abridge and waive my Privileges, and recommended what to plead. The entire Court already participates in this Joint under the authorization of the "color" of the State Law(s).

5. And specifically my right to be free from cruel and unusual punishment I was sustained without probable cause was shown, being submitted to the wrong pain and suffering. In no way the Defendant waives his rights, even if the Constitution and its Values absolute and vital to my freedom was previously challenged and perverted.

6. Since the beginning the Defendants right to the Interstate travel was disregarded by the stop, search and seizure: After the License and Registration was produced with out hesitation it was no legal business of any state Official to interfere with my right to travel with out Probable Cause was shown. (Amendment IV (1791).

7. Or to inflict knowingly the pain and servitude by putting me in hand cuffs with out Trial by Jury. (Amendments XIII (1865) and XIV (1868) (Amendment VII (1791).

8. Or to command me to do the wrong act and to arrest on the basis of his own command and then to apply the Law that deprives me of Freedom and Limb.

9. Or, to demand by the Court and its Prosecutor knowingly concealing conspiracy chain to punish my again (Amendment V. (1791) after the pain was inflicted, and

harm I suffered, and illegal bail I was paid, for tow service charges demanded overexciting my monthly pension.

10. The Officer had no reason to ask me from where I am traveling and in what direction. (Amendment V(1791).

11. The Officer had no reason to know what I would do, or I would plan to do. Or to ask me more questions as soon as he heard my heavy accent. Or, discriminate me as soon as he recognized my national origin of none-English origin what is so obvious from the "FOTOPICT" sign on my car; and to cause me a pain and suffering, or submit me to cruel punishment for the crime I never had committed.

12. And even if the Officer heard my accent he had no right to force me to do any thing else that discriminates me. (Title 42 Section 1983)

13. **Sustained Harm to rights established by the Constitution** : The Defendant, being the Independent Artist since the age of Nine Years, and practicing the Sculpture, Poetry, Photography and Painting as the International Artist supports his own Art from the sources of his own Income only, and only. None of the single penny from any body's pocket was accepted to support my Art. The repeated trauma created by the Law of the State of New Hampshire absolutely repugnant to my Constitutional rights, and to my ability to use my dominant right hand, which is greatly diminishes my chances to compete with other Artists on the Market, or enter of contract, and to perform the contractual commission. And the harm I sustained under authorization of defective Law repugnant to the language of "**No preference shall be given by any Regulation of Commerce**" (Article 1, Section 9 and 10). I am on the Market Place 24 hours a day because my creativity based upon the constant flow of analytical cognitive dynamic. Constant! And the protection of my Creativity needs to be

constant. The State of New Hampshire diminishes the Value of my right to be creative Person only in the boundary of the State of Massachusetts. And to create **"useful Art"** with out the right to travel beyond the boundary of Massachusetts. And to be protected by my privilege only in Massachusetts. The State of New Hampshire on the basis of its Law(s) [i]llegally deprives me by its own set of Laws of my profession to express, and to create. New Hampshire precludes my Art and Commerce to be practiced only within Massachusetts.

14. The conduct is in violation of the Constitution; and, therefore my privilege to be a Person for the meaning of "Person" with capacity and right to "Privilege". And this conduct by the State of New Hampshire explicitly violates the Article 1, Section 8 **"progress of useful Arts"**. The progress is impossible with out useful protection and the effective security measures. Therefore, the New Hampshire deprivations are absolutely incongruent with expressive ability of lawful Free Speech guaranteed to United State's Citizen, whom I am.

15. The Defendant merits recognized even by the Royal Society of United Kingdom, where his personal artistic creativity were exhibited by 121st Show to demonstrate colors, pride and honor of the United States to Global community since 1981 (1982, by granted title "Associate"). And the Defendant needs no granted Nobility from any one to be a Person. And the Defendant needs not to explain the importance of equal protection under law of his ability to create by his Talent, Experience and Expertise, and to execute the creative projects. Or, to design new ways in the Art and Letters, and to produce New by his Interest to exercise his legal and just Will to be the Independent Creator **"for the general Welfare of the United States"**. Always my Art was directed by the law of Esthetic, and rules of Public importance as the

Standards in Community. With the main purpose to preserve the national historic values of the Current so important to secure the Future. Not to demolish. To preserve.

16. The Art always created by my independent judgement, utilizing my Intellect and Hands as the Tools to express such creativity. The Defendant's personal protection from any assault can not be diminished only to the boundary of his Domicile, or to be compromised by any Sister-State in violation of privileges secured by Federal Law in case of Diversity. As to the contrary the plain language of Constitution supports the Defendant's privilege **"in the several States"** (Article IV. Section 2). The Constitution is silent about the Geography of protection of the Creative Person leaving the boundary of the State. As to the contrary it is was intended as Right limiting the States power to deny my rights in the several States. The Federal Government protects the Intellectual Property Rights Globally. Why then NH caused me Harm and mental anguish by its repugnant to Constitution conspiracy if my rights are listed in Constitution, and cites its own Law as the reason to cause Harm?

17. No entity can **"Impair"** my personal artistic merits, and none of the legally existed court systems in this Nation may deny my right to be creative, or to prohibit to enter into any legal Contract, or deprive me of vital interest to protect creativity essential to my Personality as the Person any time and every where, not only in my Domicile (Article 1 Section 10) (First Amendment (1791).

18. And there are none of the laws written, or events of the public policy exist in the established notion of communal knowledge to be legally just and lawful as to deprive me as the Artist of my rights to be secure in my person, affairs and ability to be Prosperous. And to protect my Talent and Creativity under the equal protection of

the NH laws, or to question the merits of my personal artistic capacity, or to diminish my merits and importance of my contributions to the **"general Welfare of the United States"**

19. The Right(s) becomes absolute when it was claimed to justify its existence: no one disputes the specific claims of logo attached to Cars . Then no one should make a legal claim depriving me of my vital and legal interest to be a creative person with my "Fotopict"- Photographic Pictures, unique artistic identity to be diversified Person in Global community, with possession of all material issues resulted from my Claim.

20. My creativity is the issues supported by all my Life and documented by the expertise of my Art. The validity of all-legal license plates, and expressed affiliation officially recognized and legally protected across States' borders in all United States.  And no one arrests, or stops travelling cars with intent to conspire against declared association, or their manner to stop, to sit and eat, as I was sit with diesel engine shot down, and dark tail gate lights. Then my Car with attached expression of my own Speech as Tangible Origin of Creative Person should be recognized and treated in the same fashion in accord with prescribed by the equal protection of Law.
This protection was the original intent of the Congress in proposing the XIV Amendment, to apply to every State, including New Hampshire which failed to apply to my Person substantial protection of my Life and my Liberty .

21. On the basis of my diminished Value to be a Person not only in State of Massachusetts I sustained all deprivations and irreparable harm (XIV Amendment (1868). By its own Value the explicit content comprising the Second Amendment holds its honorable Second place.  But, the Officer's command converted the established Constitutional Value to "bear Arms" to the "knowingly committed crime"

in accord with New Hampshire Law for me as the Person keeping my Arms. (Amendment II (1791). The action of arresting Officer was repugnant to Constitution because of conspiracy with the State and other State's Servants to deprive me of Constitutional privileges and guarantees.

22. **Conspiracy by the arresting Officer and conspiracy to conceal conspiracy nullifies the State's immunity and entire criminal claim:** The main fundamental Principe in criminal law in the Nation was violated for this Defendant - I was forced to Self Incrimination in violation of the Presumption of Innocence by the in-concert "Tandem". And during the interrogation no one clearly and explicitly informed me about my rights to Layer or Silence.

23. The each conspiratorial act and all violations resulted by the sequence of Joint acting in concert may be resolved only by Federal Court. Because first ten Amendments are the limitation of the Power – there is no Power in the Constitution to carry out any of these guarantees declared as the Right of person under the Constitution granted to the Citizens.

24. They are not any powers granted by the Constitution to Congress for the purpose of trade not in the power of any State to impose any hindrance or embarrassment upon citizens of other States, or to place them, on coming there upon a different footing from her own citizens as it inflicted by conspiratorial deprivations upon the Defendant.

25. And the Defendant specifically points the attention of this Honorable Court that it was the intention of the declared clause to confer on the citizens of each State including the Defendant a general citizenship and to communicated all the privileges

and immunities of citizens in the several States. Nothing was mentioned about to compare the values of the specific rights with more or less degree of importance.

26. And more specifically: the States never had the Right to inflict the wrongs upon Freeman by a denial of the full equal protection of the Law. All of Plaintiff's officials are by the Constitution required to be bound by Oath of Affirmation to support the Constitution.

27. The Federal Court has the original subject matter Jurisdiction to litigate the conspiratorial denial of the Defendant's rights arising under the Constitution. This violates the standards of Evidence under the test of Fifth and Fourteenth Amendment "with out substantial due process of law". The trustworthy of the Record presented to the Court as the reason to establish the Guilt absolute Void for the reasons of conspiracy. The Court requires in the criminal cases under the Federal rules the government proof of Evidence references to those indispensable requisites necessary to the validity of the record as a judicial proceeding. Justice Ginsberg in her concurrence stated that: " The Federal Judicial Center has proposed a definition of reasonable doubt that is clear, straightforward, and accurate."(*Victor v. Nebraska*, 511 U.S. 1, supra at 26).

28. As to the contrary in my case the docket-record being **a record that is demonstrates an opinion** demonstrates the lack of quantity and qualification under the <u>Rule 803 (6)</u> "<u>Records of regular conducted activity</u>" and Rule 803 (8)(C) "<u>Public records and reports</u>" seriously challenging trustworthy of proposed Claim-Complaint, whereupon the Proponent must to demonstrate the appropriate expertise under Rule 702.

29. The more specifically where the complaint lacking truth worthy was not dismissed upon the requested Motion to dismiss, which absolutely clear from the face of entire

complaint of its defect: I am Eugene A. Freeman, and my Social Security Number absolutely differ from ones wrongly stated in complaint.

30. The Court support to the Plaintiff's conspiracy also repugnant to the Constitution in violation of the judicial integrity: no matter what was the legislative intent to seed the lawless abuse of Power – the Court what sits under the Constitution can not be made party to lawless invasion of my rights, and to permit unhindered Governmental use of the "fruits of such".

31. This is the Void case due to illegal act empowered by the repugnant to the Constitution Law: no matter what State discovered in my car – the things seized are inadmissible as the Evidence in any Court of Law sitting under the Constitution.

32. The Defendant points the attention of this Court that the Plaintiff blatantly abused the entire procedure and process not serving Complaint by Constable, and not providing the Defendant with the Time to prepare the Defense under the Procedure: the Motion by the Prosecution was delivered to Defendant at **January 5th and at Morning of January 6th** the Defendant objected to the Motion.

## Conclusion

This Defendant demands to grant the Removal to the Federal Court of Eugene A. Freeman Domicile in State of Massachusetts to try this open explicit controversy in order to vindicate all inflicted damages to Defendant's fundamental specific Constitutional guarantees and rights including irreparable bodily harm, mental anguish, anxiety and the fear of eminent Death from the both guns pointed blank to the Defendant's head, including the repeated incapacity of right hand.

The amount of the Bond to be posted in accord with Federal Court requirements.

*[signature]*
Eugene A. Freeman
5 Acorn street
Malden, MA 02148
1-781-605-0615
cc: Attn.GenUs
cc: DeptofJustCivRts
cc: Court Of NH