UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL NO. 04-10123-RGS

EUGENE A. FREEMAN

v.

STATE OF NEW HAMPSHIRE

ORDER OR DISMISSAL

January 27, 2004

STEARNS, D.J.

Pro se plaintiff Eugene Freeman seeks to remove his criminal prosecution from the state courts of New Hampshire to the federal district court in Massachusetts. Issues of territorial jurisdiction aside, a federal district court does not have the authority to in effect enjoin an ongoing state prosecution, See Younger v. Harris, 401 U.S. 37, 45 (1971). Nor does the federal court have the power to review the decision of the New Hampshire state court denying plaintiff's motion to remove. Rooker v. Fidelity Trust Co., 263 U.S. 413, 416 (1923). Consequently, the case must be and hereby is DISMISSED with prejudice.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE